

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: MIDLAND CREDIT MANAGEMENT,
INC., TELEPHONE CONSUMER PROTECTION
ACT (TCPA) LITIGATION                                          MDL No. 2286

(SEE ATTACHED SCHEDULE)

CONDITIONAL REMAND ORDER

The transferee court in this litigation has advised the Panel that coordinated or consolidated pretrial proceedings in the action(s) on this conditional remand order have been completed and that remand to the transferor court(s), as provided in 28 U.S.C. § 1407(a), is appropriate.

IT IS THEREFORE ORDERED that the action(s) on this conditional remand order be remanded to its/their respective transferor court(s).

IT IS ALSO ORDERED that, pursuant to Rule 10.2 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the transmittal of this order to the transferee clerk for filing shall be stayed 7 days from the date of this order. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel. This order does not become effective until it is filed in the office of the Clerk for the United States District Court for the Southern District of California.

IT IS FURTHER ORDERED that, pursuant to Rule 10.4(a), the parties shall furnish the Clerk for the Southern District of California with a stipulation or designation of the contents of the record to be remanded.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Dec 01, 2020

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

John W. Nichols
Clerk of the Panel

IN RE: MIDLAND CREDIT MANAGEMENT,
INC., TELEPHONE CONSUMER PROTECTION
ACT (TCPA) LITIGATION

MDL No. 2286

## SCHEDULE FOR CRO

| TRANSFEREE | | | TRANSFEROR | | | |
|---|---|---|---|---|---|---|
| DIST | DIV. | C.A.NO. | DIST | DIV. | C.A.NO. | CASE CAPTION |
| CAS | 3 | 16−03025 | ALN | 7 | 16−01353 | Eaton et al v. Midland Credit Management Inc |
| CAS | 3 | 17−01242 | ALN | 7 | 17−00865 | Prince v. Midland Funding LLC |
| CAS | 3 | 17−01015 | CAC | 2 | 17−01534 | Natalie Huffman et al v. Midland Credit Managment, Inc. |
| CAS | 3 | 14−00381 | CAE | 1 | 13−01904 | Quevedo v. Midland Credit Management, Inc. |
| CAS | 3 | 13−02882 | CAE | 2 | 13−02008 | Roy v. Midland Credit Management, Inc. |
| CAS | 3 | 13−02010 | CAN | 3 | 13−00757 | Doherty v. Midland Credit Management, Inc. |
| CAS | 3 | 15−00939 | FLM | 3 | 15−00202 | Farley v. Midland Credit Management, Inc. |
| CAS | 3 | 14−00382 | FLM | 6 | 14−00024 | Cooper v. Midland Credit Management, Inc. |
| CAS | 3 | 14−01337 | FLM | 6 | 14−00380 | Jones v. Midland Credit Management, Inc. |
| CAS | 3 | 14−02881 | FLM | 6 | 14−01856 | Love v. Midland Credit Management, Inc. |
| CAS | 3 | 15−00503 | FLM | 6 | 15−00108 | Hall v. Midland Credit Management, Inc. |
| CAS | 3 | 15−02943 | FLM | 6 | 15−01878 | Rumbough v. Capital One Bank (USA), N.A. et al |
| CAS | 3 | 14−02467 | FLM | 8 | 14−00845 | Moya et al v. Midland Credit Management, Inc. |
| CAS | 3 | 14−01559 | FLM | 8 | 14−01349 | Gruver v. Midland Credit Management, Inc. |
| CAS | 3 | 14−01960 | FLM | 8 | 14−01806 | Valliere v. Midland Credit Management, Inc. |
| CAS | 3 | 15−00170 | FLM | 8 | 14−02907 | Howard v. Midland Credit Management, Inc. |
| CAS | 3 | 15−01644 | FLM | 8 | 15−01536 | Permenter v. Midland Credit Management, Inc. |
| CAS | 3 | 17−00504 | FLM | 8 | 17−00444 | Lefler v. Midland Credit Management, Inc. |
| CAS | 3 | 17−00975 | FLM | 8 | 17−00736 | Little v. Midland Credit Management, Inc. |
| CAS | 3 | 18−00019 | FLM | 8 | 17−02966 | Christian v. Credit One Bank N.A. et al |
| CAS | 3 | 18−00483 | FLM | 8 | 17−02967 | Lauderdale v. Midland Credit Management, Inc. |
| CAS | 3 | 15−01051 | FLN | 1 | 15−00054 | Cray v. Midland Credit Management Inc |
| CAS | 3 | 13−01517 | FLS | 0 | 12−62370 | Ferdarko v. Midland Credit Management, Inc. |
| CAS | 3 | 14−00240 | FLS | 0 | 13−62713 | Akers v. Midland Funding, LLC et al |
| CAS | 3 | 14−00242 | FLS | 0 | 13−62715 | Santamaria v. Midland Funding, LLC et al |
| CAS | 3 | 17−00976 | FLS | 0 | 17−60506 | Ramcharitar et al v. Midland Credit Management, Inc. |
| CAS | 3 | 17−02522 | FLS | 0 | 17−62138 | Negroni vs. Midland Credit Management, Inc. |
| CAS | 3 | 13−01519 | FLS | 2 | 13−14072 | Manasse v. Midland Funding LLC et al |
| CAS | 3 | 14−00861 | GAN | 1 | 14−00351 | Gilmore v. Midland Credit Management, Inc. et al |
| CAS | 3 | 17−00115 | GAN | 1 | 16−02588 | Gilbert v. Midland Funding LLC |
| CAS | 3 | 11−02368 | ILN | 1 | 11−03104 | Martin v. Midland Funding, LLC |

| | | | | | | |
|---|---|---|---|---|---|---|
| CAS | 3 | 14−02506 | ILN | 1 | 14−07165 | Andrews v. Midland Credit Management, Inc. et al  Opposed 11/30/2020 |
| ~~CAS~~ | ~~3~~ | ~~15−01712~~ | ~~ILN~~ | ~~1~~ | ~~15−06109~~ | ~~Arora v. Midland Credit Management, Inc. et al~~ |
| CAS | 3 | 14−01760 | INS | 1 | 14−00826 | DOTSON v. MIDLAND CREDIT MANAGEMENT, INC. |
| CAS | 3 | 14−01502 | MIE | 2 | 14−11783 | Bretz v. Midland Credit Management Inc |
| CAS | 3 | 14−01386 | MIE | 2 | 14−12083 | Smith et al v. Midland Funding, LLC et al |
| CAS | 3 | 15−02477 | MN | 0 | 15−03800 | Johnson v. Encore Capital Group, Inc. et al |
| CAS | 3 | 15−02282 | MOE | 4 | 15−00030 | Basham v. Midland Funding, LLC et al |
| CAS | 3 | 16−01362 | MOW | 4 | 16−00319 | Cockman v. Midland Credit Management, Inc. |
| CAS | 3 | 14−01336 | NJ | 3 | 14−01817 | Weisberger v. Midland Credit Management, Inc. |
| CAS | 3 | 14−01893 | NJ | 3 | 14−02880 | Benarroch v. Midland Credit Management, Inc. |
| CAS | 3 | 13−01478 | NYN | 5 | 13−00050 | Goetz v. Midland Credit Management, Inc. |
| CAS | 3 | 14−00689 | NYW | 1 | 14−00089 | McDonald v. Midland Credit Management, Inc. |
| CAS | 3 | 14−02151 | NYW | 1 | 14−00668 | Shearer v. Midland Credit Management, Inc. |
| CAS | 3 | 15−00222 | NYW | 1 | 15−00042 | Glover v. Midland Credit Management, Inc. |
| CAS | 3 | 14−01355 | NYW | 6 | 14−06117 | Wentworth v. Midland Funding LLC |
| CAS | 3 | 14−02909 | NYW | 6 | 14−06579 | King v. Midland Credit Management, Inc. |
| CAS | 3 | 16−01977 | NYW | 6 | 16−06484 | Pugh v. Midland Credit Management, Inc. |
| CAS | 3 | 17−00605 | OR | 3 | 16−02329 | Spencer v. Midland Funding LLC et al |
| CAS | 3 | 14−01950 | PAE | 2 | 14−02075 | Hill v. Midland Credit Management, Inc. |
| CAS | 3 | 17−00471 | PAE | 2 | 17−00352 | Boyd et al v. Midland Funding LLC et al |
| CAS | 3 | 17−00473 | PAE | 2 | 17−00359 | Miller et al v. Midland Funding LLC et al |
| CAS | 3 | 17−00472 | PAE | 2 | 17−00411 | Colacchia et al v. Midland Funding LLC et al |
| CAS | 3 | 17−00475 | PAE | 2 | 17−00666 | Duval v. Midland Funding LLC et al |
| CAS | 3 | 17−00476 | PAE | 2 | 17−00667 | Cruz v. Midland Funding LLC et al |
| CAS | 3 | 17−00482 | PAE | 2 | 17−00668 | Avesian v. Midland Funding LLC et al |
| CAS | 3 | 17−00479 | PAE | 2 | 17−00669 | Morris v. Midland Funding LLC et al |
| CAS | 3 | 17−00483 | PAE | 2 | 17−00670 | Richino−Brown v. Midland Funding LLC et al |
| CAS | 3 | 17−00784 | TNW | 2 | 17−02160 | Covington v. Midland Credit Management, Inc. |
| CAS | 3 | 15−00773 | TXE | 4 | 14−00414 | Mack v. Midland Credit Management, Inc. |
| CAS | 3 | 15−00774 | TXE | 4 | 14−00481 | Mack v. Midland Credit Management, Inc. |
| CAS | 3 | 15−00775 | TXE | 4 | 14−00578 | Mack v. Midland Credit Management, Inc. |
| CAS | 3 | 15−00776 | TXE | 4 | 14−00841 | Mack v. Midland Credit Management, Inc. |
| CAS | 3 | 15−00777 | TXE | 4 | 14−00843 | Mack v. Midland Credit Management, Inc. |
| CAS | 3 | 15−00783 | TXE | 4 | 15−00045 | Mack v. Midland Credit Management, Inc. |
| CAS | 3 | 15−00785 | TXE | 4 | 15−00048 | Mack v. Midland Credit Management, Inc. |
| CAS | 3 | 15−00723 | TXE | 4 | 15−00135 | Mack v. Midland Credit Management, Inc. |
| CAS | 3 | 15−00724 | TXE | 4 | 15−00136 | Mack v. Midland Credit Management, Inc. |
| CAS | 3 | 15−00725 | TXE | 4 | 15−00138 | Mack v. Midland Credit Management, Inc. |
| CAS | 3 | 15−00726 | TXE | 4 | 15−00139 | Mack V Midland Credit Management |
| CAS | 3 | 15−00728 | TXE | 4 | 15−00140 | Mack V Midland Credit Management |
| CAS | 3 | 15−00729 | TXE | 4 | 15−00141 | Mack v. Midland Credit Management, Inc. |
| CAS | 3 | 15−01784 | TXE | 4 | 15−00218 | Mack v. Midland Credit Management, Inc. |
| CAS | 3 | 15−01785 | TXE | 4 | 15−00219 | Mack v. Midland Credit Management, Inc. |

| | | | | | | |
|---|---|---|---|---|---|---|
| CAS | 3 | 15−01788 | TXE | 4 | 15−00234 | Mack v. Midland Credit Management, Inc. |
| CAS | 3 | 15−01789 | TXE | 4 | 15−00235 | Mack v. Midland Credit Management, Inc. |
| CAS | 3 | 15−01790 | TXE | 4 | 15−00251 | Mack v. Midland Credit Management, Inc. |
| CAS | 3 | 15−01796 | TXE | 4 | 15−00252 | Mack v. Midland Credit Management, Inc. |
| CAS | 3 | 15−01797 | TXE | 4 | 15−00306 | Mack v. Midland Credit Management, Inc. |
| CAS | 3 | 15−01798 | TXE | 4 | 15−00309 | Mack v. Midland Credit Management, Inc. |
| CAS | 3 | 15−01799 | TXE | 4 | 15−00317 | Mack v. Midland Credit Management, Inc. |
| CAS | 3 | 15−01801 | TXE | 4 | 15−00318 | Mack v. Midland Credit Management, Inc. |
| CAS | 3 | 15−01803 | TXE | 4 | 15−00329 | Mack v. Midland Credit Management, Inc. |
| CAS | 3 | 15−01805 | TXE | 4 | 15−00330 | Mack v. Midland Credit Management, Inc. |
| CAS | 3 | 15−01807 | TXE | 4 | 15−00443 | Mack v. Midland Credit Management, Inc. |
| CAS | 3 | 15−01806 | TXE | 4 | 15−00444 | Mack v. Midland Credit Management, Inc. |
| CAS | 3 | 15−01808 | TXE | 4 | 15−00466 | Mack v. Midland Credit Management, Inc. |
| CAS | 3 | 15−01809 | TXE | 4 | 15−00467 | Mack v. Midland Credit Management, Inc. |
| CAS | 3 | 15−01810 | TXE | 4 | 15−00479 | Mack v. Midland Credit Management, Inc. |
| CAS | 3 | 15−01811 | TXE | 4 | 15−00481 | Mack v. Midland Credit Management, Inc. |
| CAS | 3 | 15−02226 | TXE | 4 | 15−00607 | Mack v. Midland Credit Management, Inc. |
| CAS | 3 | 15−02228 | TXE | 4 | 15−00610 | Mack v. Midland Credit Management, Inc. |
| CAS | 3 | 15−02229 | TXE | 4 | 15−00611 | Mack v. Midland Credit Management, Inc. |
| CAS | 3 | 15−02231 | TXE | 4 | 15−00612 | Mack v. Midland Credit Management, Inc. |
| CAS | 3 | 15−02250 | TXE | 4 | 15−00622 | Mack v. Midland Credit Management, Inc. |
| CAS | 3 | 15−02251 | TXE | 4 | 15−00623 | Mack v. Midland Credit Management, Inc. |
| CAS | 3 | 15−02252 | TXE | 4 | 15−00629 | Mack v. Midland Credit Management, Inc. |
| CAS | 3 | 15−02253 | TXE | 4 | 15−00630 | Mack v. Midland Credit Management, Inc. |
| CAS | 3 | 15−02337 | TXE | 4 | 15−00645 | Mack v. Midland Credit Management, Inc. |
| CAS | 3 | 15−02333 | TXE | 4 | 15−00646 | Mack v. Midland Credit Management, Inc. |
| CAS | 3 | 15−02331 | TXE | 4 | 15−00647 | Mack v. Midland Credit Management, Inc. |
| CAS | 3 | 15−02332 | TXE | 4 | 15−00648 | Mack v. Midland Credit Management, Inc. |
| CAS | 3 | 15−02330 | TXE | 4 | 15−00649 | Mack v. Midland Credit Management, Inc. |
| CAS | 3 | 15−02335 | TXE | 4 | 15−00650 | Mack v. Midland Credit Management, Inc. |
| CAS | 3 | 15−02418 | TXE | 4 | 15−00664 | Mack v. Midland Credit Management, Inc. |
| CAS | 3 | 15−02421 | TXE | 4 | 15−00665 | Mack v. Midland Credit Management, Inc. |
| CAS | 3 | 15−02422 | TXE | 4 | 15−00666 | Mack v. Midland Credit Management, Inc. |
| CAS | 3 | 15−02423 | TXE | 4 | 15−00667 | Mack v. Midland Credit Management, Inc. |
| CAS | 3 | 15−02525 | TXE | 4 | 15−00685 | Mack v. Midland Credit Management, Inc. |
| CAS | 3 | 15−02527 | TXE | 4 | 15−00686 | Mack v. Midland Credit Management, Inc. |
| CAS | 3 | 15−02528 | TXE | 4 | 15−00687 | Mack v. Midland Credit Management, Inc. |
| CAS | 3 | 15−02529 | TXE | 4 | 15−00688 | Mack v. Midland Credit Management, Inc. |
| CAS | 3 | 15−02639 | TXE | 4 | 15−00711 | Mack v. Midland Credit Management, Inc. |
| CAS | 3 | 15−02641 | TXE | 4 | 15−00712 | Mack v. Midland Credit Management, Inc. |
| CAS | 3 | 15−02643 | TXE | 4 | 15−00721 | Mack v. Midland Credit Management, Inc. |
| CAS | 3 | 15−02644 | TXE | 4 | 15−00722 | Mack v. Midland Credit Management, Inc. |
| CAS | 3 | 15−02645 | TXE | 4 | 15−00733 | Mack v. Midland Credit Management, Inc. |
| CAS | 3 | 15−02646 | TXE | 4 | 15−00734 | Mack v. Midland Credit Management, Inc. |
| CAS | 3 | 15−02647 | TXE | 4 | 15−00740 | Mack v. Midland Credit Management, Inc. |
| CAS | 3 | 15−02648 | TXE | 4 | 15−00741 | Mack v. Midland Credit Management, Inc. |
| CAS | 3 | 15−02649 | TXE | 4 | 15−00754 | Mack v. Midland Credit Management, Inc. |
| CAS | 3 | 15−02650 | TXE | 4 | 15−00755 | Mack v. Midland Credit Management, Inc. |
| CAS | 3 | 15−02651 | TXE | 4 | 15−00756 | Mack v. Midland Credit Management, Inc. |

| CAS | 3 | 15−02653 | TXE | 4 | 15−00757 | Mack v. Midland Credit Management, Inc. |
| --- | --- | --- | --- | --- | --- | --- |
| CAS | 3 | 15−02822 | TXE | 4 | 15−00769 | Mack v. Midland Credit Management, Inc. |
| CAS | 3 | 15−02823 | TXE | 4 | 15−00770 | Mack v. Midland Credit Management, Inc. |
| CAS | 3 | 15−02827 | TXE | 4 | 15−00771 | Mack v. Midland Credit Management, Inc. |
| CAS | 3 | 15−02830 | TXE | 4 | 15−00772 | Mack v. Midland Credit Management, Inc. |
| CAS | 3 | 15−02831 | TXE | 4 | 15−00774 | Mack v. Midland Credit Management, Inc. |
| CAS | 3 | 15−02832 | TXE | 4 | 15−00775 | Mack v. Midland Credit Management, Inc. |
| CAS | 3 | 15−02834 | TXE | 4 | 15−00776 | Mack v. Midland Credit Management, Inc. |
| CAS | 3 | 15−02835 | TXE | 4 | 15−00777 | Mack v. Midland Credit Management, Inc. |
| CAS | 3 | 15−02858 | TXE | 4 | 15−00797 | Mack v. Midland Credit Management, Inc. |
| CAS | 3 | 16−00061 | TXE | 4 | 15−00832 | Mack v. Midland Credit Management, Inc. |
| CAS | 3 | 16−00062 | TXE | 4 | 15−00833 | Mack v. Midland Credit Management, Inc. |
| CAS | 3 | 16−00131 | TXE | 4 | 15−00834 | Mack v. Midland Credit Management, Inc. |
| CAS | 3 | 16−00132 | TXE | 4 | 15−00835 | Mack v. Midland Credit Management, Inc. |
| CAS | 3 | 16−00265 | TXE | 4 | 15−00862 | Mack v. Midland Credit Management, Inc. |
| CAS | 3 | 16−00266 | TXE | 4 | 15−00863 | Mack v. Midland Credit Management, Inc. |
| CAS | 3 | 16−00267 | TXE | 4 | 15−00864 | Mack v. Midland Credit Management, Inc. |
| CAS | 3 | 16−00269 | TXE | 4 | 15−00865 | Mack v. Midland Credit Management, Inc. |
| CAS | 3 | 16−00271 | TXE | 4 | 15−00871 | Mack v. Midland Credit Management, Inc. |
| CAS | 3 | 16−00272 | TXE | 4 | 15−00872 | Mack v. Midland Credit Management, Inc. |
| CAS | 3 | 16−00273 | TXE | 4 | 15−00873 | Mack v. Midland Credit Management, Inc. |
| CAS | 3 | 16−00274 | TXE | 4 | 15−00874 | Mack v. Midland Credit Management, Inc. |
| CAS | 3 | 16−00334 | TXE | 4 | 16−00002 | Mack v. Midland Credit Management, Inc. |
| CAS | 3 | 16−00335 | TXE | 4 | 16−00003 | Mack v. Midland Credit Management, Inc. |
| CAS | 3 | 16−00336 | TXE | 4 | 16−00004 | Mack v. Midland Credit Management, Inc. |
| CAS | 3 | 16−00340 | TXE | 4 | 16−00005 | Mack v. Midland Credit Management, Inc. |
| CAS | 3 | 16−00341 | TXE | 4 | 16−00006 | Mack v. Midland Credit Management, Inc. |
| CAS | 3 | 16−00342 | TXE | 4 | 16−00007 | Mack v. Midland Credit Management, Inc. |
| CAS | 3 | 16−00343 | TXE | 4 | 16−00008 | Mack v. Midland Credit Management, Inc. |
| CAS | 3 | 16−00350 | TXE | 4 | 16−00009 | Mack v. Midland Credit Management, Inc. |
| CAS | 3 | 16−00351 | TXE | 4 | 16−00010 | Mack v. Midland Credit Management, Inc. |
| CAS | 3 | 16−00352 | TXE | 4 | 16−00012 | Mack v. Midland Credit Management, Inc. |
| CAS | 3 | 16−00353 | TXE | 4 | 16−00013 | Mack v. Midland Credit Management, Inc. |
| CAS | 3 | 16−00354 | TXE | 4 | 16−00014 | Mack v. Midland Credit Management, Inc. |
| CAS | 3 | 16−00356 | TXE | 4 | 16−00015 | Mack v. Midland Credit Management, Inc. |
| CAS | 3 | 16−00357 | TXE | 4 | 16−00016 | Mack v. Midland Credit Management, Inc. |
| CAS | 3 | 16−00358 | TXE | 4 | 16−00018 | Mack v. Midland Credit Management, Inc. |
| CAS | 3 | 16−00359 | TXE | 4 | 16−00020 | Mack v. Midland Credit Management, Inc. |
| CAS | 3 | 16−00360 | TXE | 4 | 16−00021 | Mack v. Midland Credit Management, Inc. |
| CAS | 3 | 16−00361 | TXE | 4 | 16−00022 | Mack v. Midland Credit Management, Inc. |
| CAS | 3 | 16−00362 | TXE | 4 | 16−00023 | Mack v. Midland Credit Management, Inc. |
| CAS | 3 | 16−00363 | TXE | 4 | 16−00024 | Mack v. Midland Credit Management, Inc. |
| CAS | 3 | 15−00234 | TXN | 3 | 14−03661 | Gaddis v. Midland Credit Management Inc |