# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CYNTHIA COLACCHIA, f/k/a CYNTHIA ROBERTO, : | CIVIL ACTION |
| : | |
| Plaintiff, : | No.: 2:17-cv-00411-TJS |
| v. : | |
| : | |
| MIDLAND FUNDING LLC, : | |
| a foreign limited liability company, | |
| and MIDLAND CREDIT MANAGEMENT, INC., : | |
| a foreign for-profit corporation, | |
| Defendants. : | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

It is hereby stipulated that, pursuant to the agreement of counsel and Rule 41.1(b) of the Local Rules of Civil Procedure, the above-captioned matter has been settled and is dismissed with prejudice, with each party to bear their own costs.

| | |
|---|---|
| /s/ Joseph M. Adams<br>Joseph M. Adams, Esq.<br>Law Office of Joseph M. Adams<br>Pa. Bar No. 58430<br>200 Highpoint Drive<br>Suite 211A<br>Chalfont, PA  18914<br>215-996-9977<br>Attorney for Plaintiff | /s/ Lauren M. Burnette<br>LAUREN M. BURNETTE, ESQUIRE<br>**MESSER STRICKLER, LTD.**<br>PA Bar No. 92412<br>12276 San Jose Blvd.<br>Suite 718<br>Jacksonville, FL 32223<br>(904) 527-1172<br>(904) 683-7353 (fax)<br>lburnette@messerstrickler.com<br>Attorneys for Defendants |

Dated:  November 4, 2021

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 4, 2021, a copy of the foregoing document was served on all counsel of record via CM/ECF.

/s/ Joseph M. Adams
Joseph M. Adams, Esq.